[No. 718-3.    Division Three.    December 12, 1974.]

HERMAN WATTENFORD et al., *Appellants*, v. JOHN R. BURTON et al., *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 10001, Felix Rea, J., entered August 24, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1065-2.    Division Two.    December 10, 1974.]

HILDA M. MOLDENHAUER, *Respondent*, v. ROBERT G. MOLDENHAUER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 50681, Robert D. McMullen, J., entered May 21, 1973. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Armstrong and Petrie, JJ.

[No. 1365-2.    Division Two.    December 10, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY CALLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 44538, William L. Brown, Jr., J., entered February 15, 1974. *Dismissed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 835-2.    Division Two.    December 13, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD EUGENE BURFOOT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 41825, James V. Ramsdell, J., entered June 13, 1972. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.